IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD S. HOWZE,<br>         Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 04-1222<br>) Judge Joy Flowers Conti/ |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>         Defendants | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>) Re: Doc. #s 14, 16 |

AND NOW, this 12th day of December, 2005, after the plaintiff, Donald S. Howze, filed an action in the above-captioned case, and after Motions for Summary Judgment were submitted , and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS ORDERED that Plaintiff's Motion for Summary Judgment is DENIED;

  IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED;

  IT IS FURTHER ORDERED that the decision of the Commissioner is affirmed;

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

            /s/ Joy Flowers Conti
            JOY FLOWERS CONTI
            United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Zenford A. Mitchell, Esq.
P.O. Box 99937
Pittsburgh, PA 15233

Jessica Lieber Smolar
Assistant United States Attorney
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219